UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SHERRY L. WYATT,<br>        Plaintiff, | |
| v. | **JUDGMENT** |
| | No. 7:13-CV-282-F |
| UNITED AIRLINES, INC.,<br>        Defendant. | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that United Airline's motion to dismiss [DE-ll] is ALLOWED. Each of Wyatt's claims is DISMISSED without prejudice.

**This Judgment Filed and Entered on August 13, 2014, and Copies To:**

Kyle J. Nutt (CM/ECF Notice of Electronic Filing)
Aparna B. Joshi (CM/ECF Notice of Electronic Filing)
Robert R. Marcus (CM/ECF Notice of Electronic Filing)


DATE                                                      JULIE A. RICHARDS, CLERK

August 13, 2014                            /s/ Jacqueline B. Grady

                                                              (By) Jacqueline B. Grady, Deputy Clerk